IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANIEL DAVID HARP,

Defendant.

**4:21CR3008**

**ORDER**

Defendant has moved to continue the pretrial motion deadline and trial setting, (Filing No. 15), because Defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)      Defendant's motion to continue, (Filing No. 15), is granted.

2)      Pretrial motions and briefs shall be filed on or before April 28, 2021.

3)      The trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge,  in Courtroom 1, United States Courthouse, Lincoln, Nebraska,  at 9:00 a.m. on May 24, 2021, or as soon thereafter as the case may be called, for a duration of three (3) trial days.   Jury selection will be held at commencement of trial.

4)      The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and April 28, 2021 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately

prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

March 24, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge